David Waltzer No. 6790
1 Central Avenue, Suite 307
Tarrytown, NY
(212) 868-0880 Telephone

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Paul M. Grafman,<br><br>       Debtor | Case No:<br><br>Chapter 7<br><br>**DECLARATION OF DEBTOR—RE: NO-PAYSTUBS IN THE 60 DAYS PRIOR TO FILING** |

I, Paul M. Grafman, under penalty of the laws of the State of New York, do hereby declare as follows:

1. I have personal knowledge of the facts set forth herein, I am over 18 years of age and if called upon as a witness, I could and would competently testify thereto in a court of law.
2. I have not been employed in the 60 days prior to the filing of my bankruptcy case.
3. Accordingly, I have no pay-stubs from that 60-days period to file with the court.

I declare under penalty of perjury of the laws of the State of New York that the above statement is true and correct.

Signed this 26 day of July, 2013, at, New York.

*/s/ Paul M Grafman*
Paul M Grafman

-1-

## Pay Statement 1

**The City of New York — Employee Pay Statement — Payroll Management System**

| ITEM # | PAY PERIOD | | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 002587 | 05/16/13 | 05/31/13 | 05/31/13 | 742 | 9999 Q | 42085343 | 17K249 |

| PENSION # | ELECTRONICS FUNDS TRANSFER INFORMATION | JSN | FEDERAL MS/EX | STATE MS/EX | REFERENCE # | C.D. | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| 945418 | | 1 | A 00 | A 00 | 1347515 | 1 | GRAFMAN MARINA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2280.46 | 357.61 | 141.39 | 33.07 | 114.31 | 70.85 | | 846.94 |
| YEAR TO DATE | 24952.20 | 4055.40 | 1546.52 | 361.64 | 1318.86 | 795.67 | | |

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER. | UNITS/HOUR | AMT. EARNED THIS PER. | LEAVE BALANCE AS OF: 05/18/13 | | NET PAY 1433.52 |
|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | | 2280.46 | | | |

SIGN UP FOR DIRECT DEPOSIT AT NYC.GOV/ESS

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 414H STD | 79.82 | | | HIP/HMO EMPE | | | |
| HIP/BC EMPE | | | | UFT -U | 49.89 | | |

REVISED 1-10

---

## Pay Statement 2

**The City of New York — Employee Pay Statement — Payroll Management System**

| ITEM # | PAY PERIOD | | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 002601 | 06/01/13 | 06/15/13 | 06/14/13 | 742 | 9999 Q | 42095145 | 17K249 |

| PENSION # | ELECTRONICS FUNDS TRANSFER INFORMATION | JSN | FEDERAL MS/EX | STATE MS/EX | REFERENCE # | C.D. | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| 945418 | | 1 | A 00 | A 00 | 1347515 | 1 | GRAFMAN MARINA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2280.46 | 357.61 | 141.39 | 33.07 | 114.31 | 70.85 | | 846.94 |
| YEAR TO DATE | 27232.66 | 4413.01 | 1687.71 | 394.71 | 1433.17 | 866.52 | | |

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER. | UNITS/HOUR | AMT. EARNED THIS PER. | LEAVE BALANCE AS OF: 06/01/13 | | NET PAY 1433.52 |
|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | | 2280.46 | | | |

SIGN UP FOR DIRECT DEPOSIT AT NYC.GOV/ESS

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 414H STD | 79.82 | | | HIP/HMO EMPE | | | |
| HIP/BC EMPE | | | | UFT -U | 49.89 | | |

REVISED 1-10

---

## Pay Statement 3

**The City of New York — Employee Pay Statement — Payroll Management System**

| ITEM # | PAY PERIOD | | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 002608 | 06/16/13 | 06/30/13 | 06/28/13 | 742 | 9999 Q | 42112904 | 17K249 |

| PENSION # | ELECTRONICS FUNDS TRANSFER INFORMATION | JSN | FEDERAL MS/EX | STATE MS/EX | REFERENCE # | C.D. | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| 945418 | | 1 | A 00 | A 00 | 1347515 | 1 | GRAFMAN MARINA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2280.46 | 357.61 | 141.39 | 33.06 | 114.31 | 70.85 | | 846.93 |
| YEAR TO DATE | 29513.12 | 4770.62 | 1829.10 | 427.77 | 1547.48 | 937.37 | | |

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER. | UNITS/HOUR | AMT. EARNED THIS PER. | LEAVE BALANCE AS OF: 06/15/13 | | NET PAY 1433.53 |
|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | | 2280.46 | | | |

SIGN UP FOR DIRECT DEPOSIT AT NYC.GOV/ESS

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 414H STD | 79.82 | | | HIP/HMO EMPE | | | |
| HIP/BC EMPE | | | | UFT -U | 49.89 | | |

REVISED 1-10

# The City of New York — Employee Pay Statement
## Payroll Management System

| ITEM # | PAY PERIOD | | PAY DATE |
|---|---|---|---|
| 002606 | 07/16/13 | 07/31/13 | 07/31/13 |

| PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|
| 742 | 9999 Q | 42132554 | 17K249 |

| PENSION # | ELECTRONIC FUNDS TRANSFER INFORMATION | | | | REFERENCE # | C.D. | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| 945418 | ISN | FEDERAL M/S / EX | STATE M/S / EX | | 1347515 | 1 | GRAFMAN MARINA |
|  | 1 | A 00 | A 00 | | | | |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2029.61 | 297.09 | 125.83 | 29.43 | 98.13 | 61.07 |  | 732.48 |
| YEAR TO DATE | 33572.34 | 5364.80 | 2080.77 | 486.63 | 1743.74 | 1059.51 |  |  |

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER. | UNITS/HOUR | AMT. EARNED THIS PER. |
|---|---|---|---|---|
| REGULAR PAY | | 2280.46 | | |
| ADJ GRSS BOE | | − 250.85 | | |

LEAVE BALANCE AS OF: 07/18/13

NET PAY: 1297.13

DO NOT CASH BEFORE CHECK DATE

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|
| TRS 414H STD | 71.04 | | |
| HIP/BC EMPE | | | |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|
| HIP/HMO EMPE | | | |
| UFT  −U | 49.89 | | |

REVISED 1-10