B23 (Official Form 23) (12/10)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Paul Michael Grafman**
**Marina Grafman**  Case No. **1-13-44600**
Debtor(s)  Chapter **7**

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, **Paul Michael Grafman**, the debtor in the above-styled case, hereby certify that on **August 1, 2013**, I completed an instructional course in personal financial management provided by **Access Counseling, Inc.**, an approved personal financial management provider.

Certificate No. (if any): **15317-NYE-DE-021532375**.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  **/s/ Paul Michael Grafman**
**Paul Michael Grafman**

Date:  **August 1, 2013**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 15317-NYE-DE-021532375

Bankruptcy Case Number: 13-44600



15317-NYE-DE-021532375

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2013, at 7:26 o'clock AM PDT, Paul M Grafman completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: August 1, 2013

By: /s/Lester D Mariano

Name: Lester D Mariano

Title: Counselor

B23 (Official Form 23) (12/10)

# United States Bankruptcy Court
### Eastern District of New York

In re **Paul Michael Grafman**
**Marina Grafman**
Debtor(s)

Case No. **1-13-44600**
Chapter **7**

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, **Marina Grafman**, the debtor in the above-styled case, hereby certify that on **August 1, 2013**, I completed an instructional course in personal financial management provided by **Access Counseling, Inc.**, an approved personal financial management provider.

Certificate No. (if any): **15317-NYE-DE-021532376**.

☐ I, ___, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: **/s/ Marina Grafman**
**Marina Grafman**

Date: **August 1, 2013**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 15317-NYE-DE-021532376

Bankruptcy Case Number: 13-44600



15317-NYE-DE-021532376

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2013, at 7:26 o'clock AM PDT, Marina Grafman completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:  August 1, 2013    By:  /s/Lester D Mariano

Name:  Lester D Mariano

Title:  Counselor